ALFRED EVANS, Respondent, v. ALPHONSE MAJOR, Appellant.— Order of August 2, 1918, amended so as to require plaintiff within twenty days to state (1) to whom he gave bail as alleged in subdivision 4 of the complaint; (2) a copy of the written charges mentioned in the 6th paragraph of the bill of particulars; (3) the witnesses and their testimony as directed by the 8th paragraph of the order; (4) counsel fee and court expenses mentioned in the 11th paragraph of the bill. As so amended, order affirmed, without costs, with leave to plaintiff to move at Special Term within ten days to amend the order directing a bill of particulars so as to omit the requirement for such particulars. Order of August 19, 1918, affirmed, without costs. Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

JOHN L. HAYES, as Trustee in Bankruptcy of MERRITT CONSTRUCTION COMPANY, Respondent, v. THE R. & L. COMPANY, Appellant.— Judgment and orders reversed, with costs, and complaint unanimously dismissed, with costs. The parties to the order or contract of April 15, 1913, had the right at the time of completing the sale to abandon the terms mentioned therein or modify them in any respect they saw fit. It is undisputed that they did modify those terms. The conditional sale agreement therein mentioned did not come into existence. It was abandoned, and cannot be enforced. The parties concluded to secure the balance of the purchase price remaining unpaid by means of a chattel mortgage. This was done and the rights of the parties are fixed by the terms of the chattel mortgage which was executed, and not by the supposititious terms of a conditional sale agreement which never existed. Thomas, Mills, Putnam, Kelly and Jaycox, JJ., concurred.

WALLACE HUNT and FLORENCE HUNT, Respondents, v. HENRY G. K. HEATH, Appellant, and Others, Defendants.— Judgment and order unanimously affirmed on reargument, with costs. No opinion. Present — Thomas, Mills, Putnam, Kelly and Jaycox, JJ. (See 183 App. Div. 938; 184 id. 954.)

In the Matter of the Petition of JOHN DAVIS, Respondent, for a Decree Revoking the Letters Testamentary Issued to LOUIS DAVIS, as Executor, etc., of DAVID DAVIS, Deceased, Appellant. JOHN DAVIS, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs. Motion to dismiss appeal denied. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

In the Matter of Opening a New Street along the FALLKILL CREEK, etc., in the City of Poughkeepsie, New York, etc. ERNEST HOCHSTADTER, Appellant; THE CITY OF POUGHKEEPSIE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

In the Matter of the Application of EDWARD K. GANSS, Appellant, for a Writ of Habeas Corpus to Produce the Body of MILDRED GANSS, Detained by EDNA GANSS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of THOMAS KELLY, as Executor, etc., of JOHANNA MULRENNAN, Deceased. CAROLINE C. CONNELLY, Appellant; ANNA DELACOUR, Respondent.— Decree of the Sur-